**PATRICIA L. MCGUIRE, OSB #96093**
patriciamcguire@dwt.com
**JENNIFER A. WILLIAMSON, OSB #01483**
jenniferwilliamson@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

Of Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| **SG SERVICES, INC., an Oregon corporation, and JAMIE MYER, an individual,**<br><br>**PLAINTIFFS,**<br><br>v.<br><br>**UGLY, INC., a New York corporation,**<br><br>**DEFENDANT.** | Case No. 04-CV-228-HA<br><br>**COMPLAINT**<br><br>**Copyright Infringement; State Unfair Competition; and State Invasion of Privacy**<br><br>**Jury Trial Requested** |

SG Services, Inc. ("SG") and Jamie Myer ("Myer") for their complaint against Defendant Ugly, Inc. ("Ugly") allege:

**JURISDICTION AND VENUE**

1. This Court has subject matter jurisdiction over the claims stated herein pursuant to 28 U.S.C. §§ 1331, 1332, 1338(a) and 1338(b), and this Court's supplemental jurisdiction.

2. This Court has general personal jurisdiction over Defendant because Defendant is registered to do business and has done business in the State of Oregon.

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred in the District.

**THE PARTIES**

4. At all material times herein, SG is and was a corporation organized under the laws of the State of Oregon.

5. At all material times herein, Jamie Myer is an individual residing in Los Angeles, California, who entered into a contract with SG in which her image appeared on SG's website.

6. At all materials times herein, Ugly is and was a New York corporation doing business in the State of Oregon.

**GENERAL ALLEGATIONS**

7. SG holds registration VAU-537-990 that was issued by the United States Copyright Office for a collection of photographs. This registration is in full force and effect. The collection of photographs includes the two (2) photographs attached as Exhibit A ("the Registered Photographs").

8. The Registered Photographs include the copyright notice and the SG trademark.

9. Without SG's or Myer's permission, Ugly removed the copyright notice and the SG trademark and used the Registered Photographs in connection with a Valentine's Day party that was held at the Coyote Ugly Saloon in Austin, Texas.

10. Ugly used the Registered Photographs on its website www.coyoteuglysaloon.com. At all material times, this website was available in the State of Oregon.

11. Screenshots from www.coyoteuglysaloon.com are attached as Exhibit B.

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon 97201 · (503) 241-2300

12. The Registered Photographs were also used in print ads and on thousands of flyers and posters distributed throughout the Austin metropolitan area leading up to the February 13, 2004 at the Coyote Ugly Saloon in Austin, Texas.

13. A copy of the infringing print ad from the Austin Chronicle is attached as Exhibit C.

14. A copy of the infringing poster and flyer is attached as Exhibit D.

15. On February 13, 2003, immediately after first learning of Defendant's use of the Registered Photographs, SG's representative, Sean Suhl, telephoned Jeff Weisman, Ugly's in-house counsel and demanded that Ugly cease and desist from using the Registered Photographs. Weisman agreed to immediately cease using the Registered Photographs and to remove the Registered Photographs from www.coyoteuglysaloon.com.

16. This representation from Weisman to Suhl was false.

17. On February 16, 2003, SG learned that Ugly was continuing to use the Registered Photographs, at least on www.coyoteuglysaloon.com, without permission. Suhl again telephoned Weisman and demanded that Ugly cease and desist from using the Registered Photographs.

18. Defendant has failed to cease their infringing activities with regard to the print ads, flyers and posters.

**FIRST CLAIM FOR RELIEF**

**(Copyright Infringement)**

19. Plaintiffs incorporate by reference all the allegations of paragraphs 1-19.

20. Defendant's use of the Registered Photographs constitutes a willful infringement of SG's exclusive rights in such copyrighted works.

21. As a proximate result of Defendant's conduct, SG has sustained substantial injury, loss, and damage to its rights in the Registered Photographs in an amount to be proven at trial.

22. On information and belief SG alleges that, as a direct and proximate result of the wrongful conduct herein, Defendant has substantial profits and other benefits rightfully belonging to SG. Accordingly, SG seeks an award of damages to which it is entitled pursuant to 17 U.S.C. § 504 and 505.

23. Defendant has knowingly and willingly engaged in the acts complained of with oppression, fraud, and malice and in conscious disregard of the rights of SG. SG therefore is entitled to the maximum statutory damages allowable under the Copyright Act.

**SECOND CLAIM FOR RELIEF**

**(State Unfair Competition, ORS § 646.638)**

24. Plaintiffs incorporate by reference all the allegations of paragraphs 1-19.

25. Defendant carried out its actions in the course of its business, vocation or occupation, caused likelihood of confusion or of misunderstanding as to the source, sponsorship, approval, or certification of its goods or services, represented that their goods or services had sponsorship, approval, characteristics, benefits, or qualities that they do not have, and represented that they had sponsorship, approval, qualifications, affiliation, or connection that they do not have.

26. The conduct of Defendant caused a likelihood of confusion or of misunderstanding as to affiliation, connection, or association with, or certification by, Plaintiffs.

27. The conduct of Defendant is willful, has directly and proximately caused, and is so causing, injury to Plaintiffs in their businesses, and has adversely affected, and is so affecting, the people of the State of Oregon by deceiving the public as to the affiliation, connection, or association with Defendant's goods.

28. Plaintiffs are entitled to recover actual damages, punitive damages, and its costs and attorney's fees and pursuant to ORS § 646.638.

///

///

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon 97201 · (503) 241-2300

**THIRD CLAIM FOR RELIEF**

**(Invasion of Privacy – Commercial Appropriation)**

29. Plaintiff Myer incorporates by reference all the allegations of paragraphs 1-19.

30. Defendant's use of the Registered Photographs for commercial purposes constituted a commercial appropriation of the likeness of Myer by Defendant, and was secured by Defendant's wrongful conduct.

31. As a result of this appropriation by Defendant, Myer is entitled to recover damages.

32. Defendant's conduct was in grievous disregard for social norms and entitles Myer to an award for punitive damages against Defendant.

**JURY DEMAND**

Plaintiffs respectfully demand trial by jury.

**WHEREFORE,** Plaintiffs pray for a judgment of this Court in favor of Plaintiffs and against Defendant as follows:

1. For judgment that SG's copyright has been infringed by Defendant in violation of SG's rights under federal law;

2. For judgment that Defendant has competed unfairly with Plaintiffs in violation of Plaintiffs' rights under Oregon law and the common law;

3. For judgment that Plaintiffs recover from Defendant their damages in an amount to be proven at trial;

4. For judgment that Defendant appropriated Myer's likeness in violation of Myer's rights under Oregon law;

5. For judgment that Defendant be required to account for any profits that are attributable to their illegal acts and to pay them to Plaintiffs;

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon 97201 · (503) 241-2300

6. For judgment that Defendant's conduct was in grievous disregard for social norms and entitles Plaintiffs to punitive damages;

7. Attorneys' fees, costs and disbursements incurred herein;

8. Interest on the judgment at the rate of 9% per annum from the date of judgment until paid in full; and

9. Such other relief this Court deems just and equitable.

DATED this 25th day of March, 2004.

**DAVIS WRIGHT TREMAINE LLP**

By ____________________

**PATRICIA L. MCGUIRE,** OSB #96093
**JENNIFER A. WILLIAMSON,** OSB #01483
(503) 241-2300
Of Attorneys for Plaintiffs

SG

COPYRIGHT 2003 WWW.SUICIDEGIRLS.COM

Exhibit A
Page 2 of 2

Exhibit B
Page 1 of 1

Exhibit C
Page 1 of 1

F**K VALENTINE'S DAY
FRIDAY FEB 13TH
Prizes from:
KENICHI
FORBIDDEN FRUIT
Join us as we give Valentine's Day the bird with a SHRED YOUR EX party! Bring in pics of your ex and turn them into the mulch they deserve to be! Your ex broke up with you in a letter? Bring it in, the best letter will win a prize that would even make us blush! Alcohol, contests, disorderly conduct, isn't that what love is all about?
CHEAP DRINK
SPECIALS TO
HELP YOU FORGET THE PAIN
GIRLS 100%
GUARANTEED TO
BREAK YOUR HEART
WWW.COYOTEUGLYSALOON.COM