**PATRICIA L. MCGUIRE, OSB #96093**
patriciamcguire@dwt.com
**JENNIFER A. WILLIAMSON, OSB #01483**
jenniferwilliamson@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

    Of Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| SG SERVICES, INC., an Oregon corporation, and JAMIE MYER, an individual,<br><br>    PLAINTIFFS,<br><br>v.<br><br>UGLY, INC., a New York corporation,<br><br>    DEFENDANT. | Case No. 04-CV-429-BR<br><br>**PLAINTIFF SG SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT** |

    Pursuant to L.R. 83.16, plaintiff SG Services, Inc. submits this Corporate Disclosure Statement:

    1.    SG Services, Inc. is an Oregon corporation owned 100% by Sean Suhl.

    2.    No publicly held company owns 10% or more of plaintiff's stock.

/ / /

/ / /

Page 1 –PLAINTIFF SG SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT
    DAVIS WRIGHT TREMAINE LLP
    1300 S.W. Fifth Avenue · Suite 2300
    Portland, Oregon 97201 · (503) 241-2300

PDX 1127622v1 65660-2

DATED this 5th day of May, 2004.

                         DAVIS WRIGHT TREMAINE LLP

By _____
PATRICIA L. MCGUIRE, OSB #96093
JENNIFER A. WILLIAMSON, OSB #01483
(503) 241-2300
Of Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing PLAINTIFF SG SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT on:

Robert deBrauwere
Jacobs deBrauwere LLP
445 Park Avenue, 17th Floor
New York, New York 10022

Of Attorneys for Defendant Ugly, Inc.

☒ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said attorney's last-known address and deposited in the U.S. mail at Portland, Oregon on the date set forth below;

☐ by causing a copy thereof to be hand-delivered to said attorney's address as shown above on the date set forth below;

☐ by personally handing a copy thereof to said attorney on the date set forth below;

☐ by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to said attorney's last-known address on the date set forth below; or

☐ by faxing a copy thereof to said attorney at his/her last-known facsimile number on the date set forth below.

Dated this 5th day of May, 2004.

DAVIS WRIGHT TREMAINE LLP

By _____
PATRICIA L. MCGUIRE, OSB #96093
JENNIFER A. WILLIAMSON, OSB #01483
(503) 241-2300
Of Attorneys for Plaintiffs