**PATRICIA L. MCGUIRE, OSB #96093**
patriciamcguire@dwt.com
**JENNIFER A. WILLIAMSON, OSB #01483**
jenniferwilliamson@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

Of Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| **SG SERVICES, INC.**, an Oregon corporation, and **JAMIE MYER**, an individual,<br><br>PLAINTIFFS,<br><br>v.<br><br>**UGLY, INC.**, a New York corporation,<br><br>DEFENDANT. | Case No. 04-CV-429-BR<br><br>**MOTION FOR ORDER OF DEFAULT** |

Plaintiffs, SG Services, Inc. ("SG"), the owner of the copyright in the photographs at issue in this action, and Jamie Myer ("Myer"), move this Court for an Order of Default against defendant Ugly, Inc. ("Ugly").

I.  FACTS

SG holds registration VAU-537-990 that was issued by the United States Copyright Office for a collection of photographs that feature Myer. Without SG or Myer's

Page 1 –MOTION FOR ORDER OF DEFAULT

permission, Ugly removed the copyright notice and the SG trademark and used SG's photographs in connection with an event held at defendant's Coyote Ugly Saloon in Austin, Texas.

On March 25, 2004, plaintiffs filed their Complaint asserting a claim of copyright infringement against defendant for the unauthorized use of copyrighted photographic works in print ads and on defendant's website, one claim for unfair competition, and one claim of invasion of privacy. Defendant was served with the Summons and Complaint on April 21, 2004. *See* Declaration of Paul E. Loving In Support of Plaintiffs' Motion for Order of Default, Exhibit A.

On April 22, 2004, plaintiffs' counsel, Paul Loving, spoke with Ugly's counsel, Robert DeBrauwere, who confirmed his client's receipt of the Summons and Complaint.

## II. ISSUES

Should Defendant Ugly be deemed in default given that they have failed to appear, plead, or otherwise defend themselves against Plaintiffs SG and Myers' Complaint.

## III. DISCUSSION

Pursuant to Federal Rule of Civil Procedure 55, when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend within twenty days from the date of service of the Complaint, the Clerk may enter an order of default. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(a).

Defendant has failed to appear, plead, or otherwise defend itself against the Complaint, served upon it on April 21, 2004. Defendant Ugly is a corporation and can therefore appear in a court proceeding only through an attorney at law. *See Highly v. Highlander, Inc.*, 459 F.2d 554, 555-56 (9th Cir. 1972). No attorney has made any appearance on behalf of defendant, or filed an answer or any motion allowed by Rule 12(b). Plaintiffs therefore request the Clerk enter an order of default immediately as to Ugly.

A proposed order of default is attached.

DATED this 13th day of May, 2004.

                    **DAVIS WRIGHT TREMAINE LLP**

By _____
    **PATRICIA L. MCGUIRE**, OSB #96093
    **JENNIFER A. WILLIAMSON**, OSB #01483
    (503) 241-2300
    Of Attorneys for Plaintiffs

**PATRICIA L. MCGUIRE, OSB #96093**
patriciamcguire@dwt.com
**JENNIFER A. WILLIAMSON, OSB #01483**
jenniferwilliamson@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

    Of Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| **SG SERVICES, INC.**, an Oregon corporation, and **JAMIE MYER**, an individual,<br><br>    **PLAINTIFFS**,<br><br>v.<br><br>**UGLY, INC.**, a New York corporation,<br><br>    **DEFENDANT**. | Case No. 04-CV-429-BR<br><br>**DECLARATION OF PAUL E. LOVING IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER OF DEFAULT** |

    I, Paul E. Loving, declare as follows:

    1.    I am one of the attorneys of record for plaintiffs SG Services, Inc. and Jamie Myer in this action. I make this declaration based on personal knowledge and am otherwise competent to testify to the matters herein.

    2.    The Returns of Service filed with the Court reflects that Defendant Ugly, Inc. was properly served on April 21, 2004, by personally serving a copy of the Summons and

Page 1 – DECLARATION OF PAUL E. LOVING IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER OF DEFAULT

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon 97201 · (503) 241-2300

EXHIBIT A
Page 1 of 3

50-2

Complaint in this case on Mr. Jeff Wiseman in his capacity as vice president and general counsel of Ugly, Inc. Attached as Exhibit A is a copy of the Return of Service for defendant.

3. Defendant has failed to answer the Complaint. Ugly, Inc. has failed to make any sort of appearance or attempt to answer the Complaint. On April 22, 2004, I spoke with Mr. Robert DeBrauwere, attorney for defendant. He told me his client was in receipt of the Summons and Complaint, but defendant has made no other effort to appear or answer plaintiffs' Complaint.

4. Twenty days have elapsed since the Summons and Complaint were served on the defendant.

5. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(a).

6. Defendant has infringed SG Services' copyrights, acted in such a way as to violate ORS 646.638, invaded Plaintiff Jamie Myer's privacy, and as a result owes plaintiffs for all damages, costs, and reasonable attorneys' fees that flow from its conduct.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Portland, Oregon, this 12th day of May, 2004.

By /s/ Paul E. Loving

Page 2 – DECLARATION OF PAUL E. LOVING IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER OF DEFAULT

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon 97201 · (503) 241-2300

EXHIBIT A
Page 2 of 3

| US DISTRICT COURT | DISTRICT OF OREGON | | ATTORNEY | TARGET |
|---|---|---|---|---|
| COUNTY OF | | AFFIDAVIT OF SERVICE | FF/INDEX | 04-CV-429-BR |

SG SERVICES, INC., AN OREGON CORPORATION, ETAL                Petitioners(s)    DOCKET

- against -

UGLY, INC., A NEW YORK CORPORATION                Respondent(s)    HE AMOUNT

COURT D/T

**STATE OF NEW YORK COUNTY OF ORANGE**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on  APRIL 21, 2004   at   3:45 PM   at  2640 US ROUTE 9W, CORNWALL, NY 12518

deponent served the within SUMMONS IN A CIVIL CASE AND COMPLAINT CIVIL COVER SHEET                on

UGLY, INC.,                                therein named

**INDIVIDUAL**  ☐ By Personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ.

**CORPORATION**  ☑ By delivering to and leaving with  JEFF WISEMAN   and that he knew the person so served to be the  VICE PRESIDENT   of the corporation, and authorized to accept service.

**SUITABLE AGE PERSON**  ☐ By delivering a true copy thereof and leaving with _____ a person of suitable age and discretion, the said premises being the defendants - respondents
☐ dwelling place   ☐ place of business   ☐ last known address   within the State of New York

**AFFIXING TO DOOR, ETC.**  ☐ By affixing a true copy thereof to the door of said premises, the same being the defendant's
☐ dwelling place   ☐ place of business   ☐ last known address   within the State of New York

**MAILING**  Mailed on
☐ Deponent completed said service under the last two sections by depositing a copy of the above named process in a postpaid properly addressed envelope in an official depositary under the exclusive card and custody of the United States Post Office in the State of New York, addressed to the defendant in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside of the envelope that the communication is from an attorney
☐ at his last known residence   ☐ at his place of business

**PREVIOUS ATTEMPTS**  ☐ Deponent previously attempted to serve the above named defendant/respondent on the below dates and times

☐ AND AT THE SAME TIME PAYING IN ADVANCE                 THE AUTHORIZED FEE

**DESCRIPTION**  Deponent describes the individual served as follows:
MALE   WHITE SKIN   LT BROWN HAIR   36-50 YRS   OVER 6'3"   OVER 200 LBS

Other identifying features:
GLASSES   BALDING

**MILITARY SERVICE**  ☑ I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on:  APRIL 22, 2004

JOSEPH SHERLOCK

| JOHN GOULD | JO-ANN JOHNSON | KATHLEEN GOULD |
|---|---|---|
| NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK |
| QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY |
| COMMISION EXPIRES JULY 15, 20___ | COMMISION EXPIRES AUGUST 15, 20_06_ | COMMISION EXPIRES NOVEMBER 30, 20___ |
| 01G05013764 | 01J05031856 | 4632958 |

EXHIBIT A
Page 3 of 3

EXHIBIT _A_
PAGE _1_ OF _1_

# CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing MOTION FOR ORDER OF DEFAULT on:

Robert deBrauwere
Jacobs deBrauwere LLP
445 Park Avenue, 17th Floor
New York, New York 10022

Of Attorneys for Defendant Ugly, Inc.

☒ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said attorney's last-known address and deposited in the U.S. mail at Portland, Oregon on the date set forth below;

☐ by causing a copy thereof to be hand-delivered to said attorney's address as shown above on the date set forth below;

☐ by personally handing a copy thereof to said attorney on the date set forth below;

☐ by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to said attorney's last-known address on the date set forth below; or

☐ by faxing a copy thereof to said attorney at his/her last-known facsimile number on the date set forth below.

Dated this 13th day of May, 2004.

DAVIS WRIGHT TREMAINE LLP

By _____
PATRICIA L. MCGUIRE, OSB #96093
JENNIFER A. WILLIAMSON, OSB #01483
(503) 241-2300
Of Attorneys for Plaintiffs