**PATRICIA L. MCGUIRE, OSB #96093**
patriciamcguire@dwt.com
**JENNIFER A. WILLIAMSON, OSB #01483**
jenniferwilliamson@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

    Of Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| **SG SERVICES, INC.**, an Oregon corporation, and **JAMIE MYER**, an individual,<br><br>    **PLAINTIFFS,**<br><br>v.<br><br>**UGLY, INC.**, a New York corporation,<br><br>    **DEFENDANT.** | Case No. 04-CV-429-BR<br><br>**DECLARATION OF PAUL E. LOVING IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER OF DEFAULT** |

    I, Paul E. Loving, declare as follows:

    1.    I am one of the attorneys of record for plaintiffs SG Services, Inc. and Jamie Myer in this action. I make this declaration based on personal knowledge and am otherwise competent to testify to the matters herein.

    2.    The Returns of Service filed with the Court reflects that Defendant Ugly, Inc. was properly served on April 21, 2004, by personally serving a copy of the Summons and

Complaint in this case on Mr. Jeff Wiseman in his capacity as vice president and general counsel of Ugly, Inc. Attached as Exhibit A is a copy of the Return of Service for defendant.

3. Defendant has failed to answer the Complaint. Ugly, Inc. has failed to make any sort of appearance or attempt to answer the Complaint. On April 22, 2004, I spoke with Mr. Robert DeBrauwere, attorney for defendant. He told me his client was in receipt of the Summons and Complaint, but defendant has made no other effort to appear or answer plaintiffs' Complaint.

4. Twenty days have elapsed since the Summons and Complaint were served on the defendant.

5. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(a).

6. Defendant has infringed SG Services' copyrights, acted in such a way as to violate ORS 646.638, invaded Plaintiff Jamie Myer's privacy, and as a result owes plaintiffs for all damages, costs, and reasonable attorneys' fees that flow from its conduct.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Portland, Oregon, this 12th day of May, 2004.

By _____
Paul E. Loving

| US DISTRICT COURT | DISTRICT OF OREGON | | ATTORNEY | TARGET |
|---|---|---|---|---|
| COUNTY OF | | AFFIDAVIT OF SERVICE | FF/INDEX | 04-CV-429-BR |

SG SERVICES, INC., AN OREGON CORPORATION, ETAL                    Petitioners(s)

DOCKET _____

- against -

UGLY, INC., A NEW YORK CORPORATION                                Respondent(s)

HE
AMOUNT _____

COURT D/T _____

STATE OF NEW YORK COUNTY OF ORANGE

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on APRIL 21, 2004 at 3:45 PM at 2640 US ROUTE 9W, CORNWALL, NY 12518

deponent served the within SUMMONS IN A CIVIL CASE AND COMPLAINT CIVIL COVER SHEET on

UGLY, INC.,                                                         therein named

**INDIVIDUAL** ☐ By Personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ.

**CORPORATION** ☑ By delivering to and leaving with JEFF WISEMAN and that he knew the person so served to be the VICE PRESIDENT of the corporation, and authorized to accept service.

**SUITABLE AGE PERSON** ☐ By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion, the said premises being the defendants - respondents
☐ dwelling place    ☐ place of business    ☐ last known address    within the State of New York

**AFFIXING TO DOOR, ETC.** ☐ By affixing a true copy thereof to the door of said premises, the same being the defendant's
☐ dwelling place    ☐ place of business    ☐ last known address    within the State of New York

**MAILING** ☐ Mailed on _____
Deponent completed said service under the last two sections by depositing a copy of the above named process in a postpaid properly addressed envelope in an official depositary under the exclusive card and custody of the United States Post Office in the State of New York, addressed to the defendant in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside of the envelope that the communication is from an attorney
☐ at his last known residence    ☐ at his place of business

**PREVIOUS ATTEMPTS** ☐ Deponent previously attempted to serve the above named defendant/respondent on the below dates and times

☐ AND AT THE SAME TIME PAYING IN ADVANCE                        THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:
MALE   WHITE SKIN   LT BROWN HAIR   36-50 YRS   OVER 6'3"   OVER 200 LBS

Other identifying features:
GLASSES   BALDING

**MILITARY SERVICE** ☑ I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on:  APRIL 22, 2004

_Joseph Sherlock_
JOSEPH SHERLOCK

| JOHN GOULD | JO-ANN JOHNSON | KATHLEEN GOULD |
|---|---|---|
| NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK |
| QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY |
| COMMISION EXPIRES JULY 15, 20___ | COMMISION EXPIRES AUGUST 15, 20_06_ | COMMISION EXPIRES NOVEMBER 30, 20___ |
| 01G05013764 | 01J05031856 | 4632958 |

EXHIBIT __A__
PAGE __1__ OF __1__

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing DECLARATION OF PAUL E. LOVING IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER OF DEFAULT on:

Robert deBrauwere
Jacobs deBrauwere LLP
445 Park Avenue, 17th Floor
New York, New York 10022

Of Attorneys for Defendant Ugly, Inc.

[X] by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said attorney's last-known address and deposited in the U.S. mail at Portland, Oregon on the date set forth below;

[ ] by causing a copy thereof to be hand-delivered to said attorney's address as shown above on the date set forth below;

[ ] by personally handing a copy thereof to said attorney on the date set forth below;

[ ] by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to said attorney's last-known address on the date set forth below; or

[ ] by faxing a copy thereof to said attorney at his/her last-known facsimile number on the date set forth below.

Dated this 13th day of May, 2004.

DAVIS WRIGHT TREMAINE LLP

By _____
PATRICIA L. MCGUIRE, OSB #96093
JENNIFER A. WILLIAMSON, OSB #01483
(503) 241-2300
Of Attorneys for Plaintiffs