PATRICIA L. MCGUIRE, OSB #96093
patriciamcguire@dwt.com
JENNIFER A. WILLIAMSON, OSB #01483
jenniferwilliamson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

    Of Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| **SG SERVICES, INC.**, an Oregon corporation, and **JAMIE MYER**, an individual,<br><br>           **PLAINTIFFS**,<br><br>v.<br><br>**UGLY, INC.**, a New York corporation,<br><br>           **DEFENDANT**. | Case No. 04-CV-429-BR<br><br>**ORDER OF DEFAULT** |

    THIS MATTER came before the clerk of this Court on plaintiffs' Motion for Order of Default and the Declaration of Paul E. Loving. Based upon the Motion and support Declaration, and the records in this case, the Court finds grounds to grant the Motion. Now, therefore, the Court finds:

    1.    Defendant was properly served on April 21, 2004.

    2.    Defendant has failed to answer or otherwise defend in this action.

Page 1 – ORDER OF DEFAULT

3.  The time for answering the plaintiffs' Complaint is twenty (20) days after service, and more than twenty (20) days have passed since defendant was served with the Summons and Complaint.

4.  Venue is proper.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant Ugly, Inc. is in DEFAULT for failing to answer or otherwise defend in this action.

DATED this _____ day of May, 2004.

Signed: _____

Presented by:

Davis Wright Tremaine LLP
Attorney for Plaintiffs

By: _____
Patricia L. McGuire, OSB #96093
Jennifer A. Williamson, OSB #01483

Page 2 – ORDER OF DEFAULT

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing ORDER OF DEFAULT on:

Robert deBrauwere
Jacobs deBrauwere LLP
445 Park Avenue, 17th Floor
New York, New York 10022

    Of Attorneys for Defendant Ugly, Inc.

☒ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said attorney's last-known address and deposited in the U.S. mail at Portland, Oregon on the date set forth below;

☐ by causing a copy thereof to be hand-delivered to said attorney's address as shown above on the date set forth below;

☐ by personally handing a copy thereof to said attorney on the date set forth below;

☐ by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to said attorney's last-known address on the date set forth below; or

☐ by faxing a copy thereof to said attorney at his/her last-known facsimile number on the date set forth below.

Dated this 13th day of May, 2004.

DAVIS WRIGHT TREMAINE LLP

By _____
PATRICIA L. MCGUIRE, OSB #96093
JENNIFER A. WILLIAMSON, OSB #01483
(503) 241-2300
Of Attorneys for Plaintiffs

Page 1 - CERTIFICATE OF SERVICE